UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                                                  Case No.: 19-10998-BAH

Joseph P. Bova,                                                    Chapter: 7

Debtor.
_____/

### ORDER APPROVING TRUSTEE'S SETTLEMENT AGREEMENT

This matter came before the Court, after notice and hearing, on a motion by TIMOTHY P. SMITH, as trustee and representative of the bankruptcy estate of Joseph P. Bova, for the Court to approve that certain Settlement Agreement by and between Trustee and non-party, Church of Scientology. Said motion is GRANTED. Trustee is authorized to enter into the Settlement Agreement, and the parties are hereby ordered to comply with its terms.

ENTERED at Concord, New Hampshire.

Date: _____                    _____
                                                                    Bankruptcy Judge