**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: | Case No.: 19-10998-BAH |
| **Joseph P. Bova,** | Chapter: 7 |
| Debtor | |

**NOTICE OF CONTINGENT HEARING**

The Trustee's Motion for Order Approving Settlement Agreement is scheduled for a hearing before the United States Bankruptcy Court for the District of New Hampshire, Warren B Rudman U.S. Courthouse, 55 Pleasant Street, Courtroom A, Concord, New Hampshire, on **August 12, 2020  at 11:00 AM**.

**YOUR RIGHTS MAY BE AFFECTED. You should read the motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

If you have no objection to the motion, no action is required by you. If you wish to object to the motion, or if you wish to be heard on any matter regarding the motion, you must file a written objection with the Clerk, United Sates Bankruptcy Court for the District of New Hampshire, Warren B Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, New Hampshire 03301 on or before **July 29, 2020**.

A copy of your objection or statement must be mailed or delivered to the undersigned debtor or debtor's attorney at the address set forth below, the Chapter 13 Trustee, and the United States Trustee, and a certificate of such action must be filed with the clerk. If you file an objection or statement, you must also appear at the hearing on the date and time set forth above.

**If no objections are filed by the objection deadline stated above, July 29, 2020, the court may enter an order granting the motion without a hearing**.

Dated: July 10, 2020.

          **Ice Legal, P.A.**
          Special Counsel for Trustee Timothy P. Smith
          6586 Hypoluxo Road, Suite 350
          Lake Worth, FL 33467
          Telephone: (561) 729-0530

          */s/* Ariane M. Ice
          Ariane M. Ice BNH07697

## CERTIFICATE OF SERVICE

I certify under the penalties of perjury that true copies of the **Trustee's Motion for Order Approving Settlement Agreement and Notice of Hearing** were served upon the following persons at the addresses indicated by electronic filing or First Class Mail, Postage prepaid, this 10th day of July 2020:

*Electronically:*

Marc W. McDonald on behalf of Debtor Joseph P. Bova
ariane.ice@icelegal.com, icear87066@notify.bestcase.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

Timothy P. Smith
timothy.p.smith@myfairpoint.net, tpsmith@ecf.axosfs.com

Timothy P. Smith on behalf of Trustee Timothy P. Smith
timothy.p.smith@myfairpoint.net, tpsmith@ecf.axosfs.com


*Via First Class Mail*

To all other interested parties on the attached service list - Matrix


**Ice Legal, P.A.**
Special Counsel for Trustee Timothy P. Smith
6586 Hypoluxo Road, Suite 350
Lake Worth, FL 33467
Telephone: (561) 729-0530

*/s/ Ariane M. Ice*
Ariane M. Ice BNH07697